W. E. Bell, *Plaintiff in Error,* vs. Paul Eddy, *Defendant in Error.*

Decision filed April 1, 1931.

*W. D. Bell,* for Plaintiff in Error;

*Leitner & Leitner,* for Defendant in Error.

Per Curiam.—This cause coming on to be further heard upon petition of plaintiff in error for a rehearing upon the judgment of affirmance entered herein on the 8th day December A. D. 1930, and such petition for rehearing having been duly considered upon briefs and argument of

counsel for the respective parties, and it appearing to the Court that the judgment of affirmance heretofore entered by the Court in this cause was correct; it is therefore, considered, ordered and adjudged by the Court that the judgment of the Circuit Court herein be and the same is hereby affirmed.

BUFORD, CJ., AND BROWN AND ELLIS, JJ., concur.